STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DAN'S MANAGEMENT COMPANY, LLC
*Plaintiff*

VS.

INFOTROVE, INC.
*Defendant*

CA 06 59S

C.A. NO. PC06-0008

## NOTICE OF REMOVAL

To: Dan's Management Company, LLC
By and through its Attorneys of Record
Lawrence P. McCarthy, Esquire
Peter E. Garvey, Esquire
HIGGINS CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903

Please take notice that on the 6th day of February, 2006, this action was removed from the Superior Court, Providence/Bristol County, State of Rhode Island, to the United States District Court for the District of Rhode Island. A copy of the Petition for Removal filed in the United States District Court is attached hereto.

Defendant,
Infotrove, Inc.
By its Attorneys,

Matthew T. Oliverio (AM)

Raymond A. Marcaccio, Esquire (#3569)
Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: February 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *Notice of Removal* was mailed, postage prepaid, to Lawrence P. McCarthy, Esquire and Peter E. Garvey, Esquire, HIGGINS CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, RI 02903 on the 6th day of February, 2006.

[signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO.** |
| **INFOTROVE, INC.** *Defendant* | : | CA 06 59 S |

**PETITION FOR REMOVAL**

Infotrove, Inc., Defendant in the above-entitled case, for the purpose only of removing this matter to the United States District Court for the District of Rhode Island, states:

1. State Court Action. This is an action filed on or about January 13, 2006, in the Superior Court, Counties of Providence and Bristol, State of Rhode Island, being numbered C.A. No. 06-0008, on the docket of said court and being a suit filed by Plaintiff, Dan's Management Company, LLC, against the aforesaid Defendant.

2. Federal Jurisdiction. As set forth in the Complaint, Plaintiff avers that it is a Rhode Island limited liability company with its principal place of business in the City of Providence, State of Rhode Island. Defendant, Infotrove, Inc., is a Massachusetts company with its principal place of business in the City of Westborough, Commonwealth of Massachusetts. Accordingly, this Court has diversity jurisdiction over this matter since there is a complete diversity of citizenship between the Plaintiff and Defendant, and the above-referenced civil action is one that may be removed pursuant to 28 U.S.C. § 1441(a). Jurisdiction is also appropriate under 28 U.S.C. § 1332 on the basis of complete diversity of citizenship between Plaintiff and Defendant as well as a case in controversy that exceeds the sum or value of $75,000.

3. Timeliness of Removal Petition. This action was filed on or about January 13, 2006 and a copy of the complaint and summons was delivered to Defendant by certified mail on or about January 14, 2006. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. Relief Requested. Defendant respectfully requests that the United States District Court for the District of Rhode Island accept this Petition for Removal and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Defendant,
Infotrove, Inc.
By its Attorneys,

Matthew T. Oliverio (RM)

Raymond A. Marcaccio, Esquire (#3569)
Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: February 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *Petition for Removal* was mailed, postage prepaid, to Lawrence P. McCarthy, Esquire and Peter E. Garvey, Esquire, HIGGINS CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, RI 02903 on the 6th day of February, 2006.