STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DAN'S MANAGEMENT COMPANY, LLC
Plaintiff

VS.

INFOTROVE, INC.
Defendant

CA 06 59

C.A. NO. PC06- 0008-1

**VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Plaintiff, Dan's Management Company, LLC ("Dan's"), for its Complaint against the Defendant, Infotrove, Inc., ("Infotrove"), states and alleges as follows:

1. Plaintiff Dan's is a Rhode Island limited liability company with its principal place of business at 251 Smith Street, Providence, Rhode Island.

2. Defendant Infotrove is, upon information and belief, a Massachusetts company with its principal place of business at 182 Turnpike Road Suite 260, Westborough, Massachusetts 01581.

3. This Court has original exclusive jurisdiction pursuant to R.I. Gen. Laws 8-2-14, as the amount in controversy exceeds $10,000.

**Background Facts**

4. Dan's is a Providence-based company that provides financial management services to

Received 1/13/06

Dunkin' Donuts franchisees with retail shops in the quick service restaurant industry doing business in Rhode Island and nearby Connecticut.

5. Infotrove is in the business of designing, developing and implementing business solutions for clients desirous of managing and retrieving financial data.

6. Infotrove held itself out as experienced in developing business solutions for quick service restaurant organizations.

7. Infotrove entered into an agreement with Dan's pursuant to which Infotrove would design, implement and provide Dan's an accounting and payroll software system pursuant to a proposal which is attached hereto as Tab A (the "Accounting Contract").

8. Infotrove was to provide the foregoing accounting and payroll software system within sixth (60) days of the proposal, to wit, February 5, 2005.

9. Dan's also entered into an agreement with Infotrove pursuant to which Infotrove would provide Dan's with a food cost management system to be integrated into the accounting and payroll software system (the "Inventory Contract").

10. Infotrove failed to provide the accounting and payroll system by the scheduled due date pursuant to the terms of the Accounting Contract.

11. Infotrove failed to provide the food cost management system by the scheduled due date pursuant to the terms of the Inventory Contract.

12. Dan's has paid Infotrove over $150,000 for the foregoing accounting and payroll software system and food cost management system.

13. On or about November 18, 2005, Dan's terminated the Accounting Contract and Inventory Contract as a result of Infotrove's failure to provide Dan's with working systems.

14. After terminating Infotrove Dan's hired an outside company to complete the projects started by Infotrove.

15. When terminating Infotrove, Dan's requested Infotrove to deliver to Dan's the following items to that Dan's could complete the projects:

- All license keys and original software for both server and client platforms.
- All developed applications and/or source codes.
- All hardware.
- All existing electronic documentation.

16. Infotrove has failed to deliver the requested information, and has actively interfered with Dan's ability to procure the software systems originally promised by Infotrove.

17. Infotrove currently is advertising on its Web page that it implemented a working application for Dan's and that Dan's has benefitted from the application that it has developed in an effort to secure business with other Dunkin' Donuts franchisees.

**Count I**

**Breach of Contract - The Accounting Contract**

18. Dan's restates the allegations set forth in paragraphs 1 through 17 of the Complaint as if fully set forth again herein.

19. On or about December 5, 2004, for good and sufficient consideration, Dan's and Infotrove entered into the Accounting Contract pursuant to which Infotrove would provide an accounting and payroll software system to Dan's, a valid and binding contract.

20. Infotrove breached the Accounting Contract by failing to provide the requested software system.

21. At all times prior to Infotrovel's breach of the foregoing contract, Dan's fulfilled all

of its obligations pursuant to the Accounting Contract.

22. As a direct and proximate cause of Infotrove's breach of the Accounting Contract, Dan's has been damaged in an amount to be proved at trial.

**Count II**

**Breach of Contract - The Inventory Contract**

23. Dan's restates the allegations set forth in paragraph 1 through 22 of the Complaint as if fully set forth again herein.

24. On or about April 2004, for good and valuable consideration, Dan's and Infotrove entered into the Inventory Contract, pursuant to which Infotrove would provide a food cost management systems to Dan's, a valid and binding contract.

25. Infotrove has breached the Inventory Contract by failing to provide the requested software system.

26. At all times prior to Infotrove's breach of the foregoing contract, Dan's fulfilled all of its obligations pursuant to the Inventory Contract.

27. As a direct and proximate cause of Infotrove's breach, Dan's has been damaged in an amount to be proven at trial.

**Count III**

**Breach of The Duty of Good Faith and Fair Dealing**

28. Dan's restates the allegations set forth in paragraph 1 through 27 of the Complaint as set forth again herein.

29. Infotrove breached its duty of good faith and fair dealing by any or all of the following: (a) misrepresenting its abilities to provide the services and software systems requested by Dan's; (b) failing to deliver to Dan's information and property acquired by Dan's

and paid for by Dan's; or (c) intentionally interfering with Dan's ability to procure a working system from another vendor.

30. As a direct and proximate cause of Infotrove's breach of its duty of good faith and fair dealing, Dan's has been damaged in an amount to be proved at trial.

**Count IV**

**Injunctive Relief**

31. Dan's restates the allegations set forth in paragraphs 1 through 30 of the Complaint as set forth again herein.

32. Dan's has repeatedly requested information, documents and products produced by Infotrove for Dan's pursuant to the contracts between the parties.

33. Infotrove has failed to deliver to Dan's the requested items.

34. Dan's is unable to procure the software systems it originally contracted to receive from Infotrove from another vendor without the foregoing information, documents and products.

35. The information, documents and products requested by Dan's from Infotrove are property of Dan's being wrongfully withheld by Infotrove.

36. Dan's has no adequate remedy at law and is entitled to injunctive relief.

**Count V**

**Conversion**

37. Dan's restates the allegations set forth in paragraphs 1 through 36 of the Complaint as set forth again herein.

38. Infotrove has wrongfully converted information, documents and products owned by

Dan's

Wherefore, plaintiff, Dan's Management Company, LLC, prays for an order and judgment of this court, awarding it damages in an amount to be established at trial, awarding its costs and disbursements herein, awarding its attorneys fees, and directing Infotrove to deliver to Dan's the requested information, documents and products in possession of Infotrove, and restraining Infotrove from disseminating proprietary information belonging to Dan's to prospective customers.

**Demand for Jury Trial**

Dan's Management Company, LLC, hereby demands a trial by jury with regard to all issues so triable.

Dan's Management Company, LLC
By its Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

Lawrence P. McCarthy

Lawrence P. McCarthy (#2860)
Peter E. Garvey (#5330)
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Dated: 1-12-06

STATE OF RHODE ISLAND
CITY OF PROVIDENCE

I, Richard Michaud, upon first duly sworn depose and say as follows:

1. I am the Treasurer of Dan's Management Company, LLC, Plaintiff in the above-entitled action.

2. I am entitled by law to execute this Verification on behalf of Dan's Management Company, LLC.

3. I have read the Verified Complaint and to the best of my knowledge, the statements set forth therein are true and accurate.

Dan's Management Company, LLC

By ______________________
Richard Michaud, Treasurer

Subscribed and sworn to before me at Providence this 13th day of January, 2006.

______________________
Notary Public
My Commission Expires on 3/17/06

## AccPac: Accounting & Payroll software
## and
## Business Intelligence: Accounting & Payroll

Currently at Dan's Management LLC the accounting and payroll data is managed using legacy application based on UNIX and Filepro. This system has served the company's needs for several years, but it is proving to be a difficult system to use and is not reliable.

This is a proposal to replace the existing UNIX system with ACCPAC Pro Series Enterprise Edition, an accounting and payroll software from ACCPAC International, a division of Best Software.

1. The ACCPAC solution will be customized to automatically generate payables & receivables for several of the accounting and payroll activities of Dan's Management LLC.
2. Both the store managers and the staff at the corporate offices will be able to enter/manage these data entities, based on defined secure roles.
3. Along with the solution to manage day-to-day accounting and payroll requirements, this solution will also enhance the existing reporting and data-analysis (business intelligence) module. BI module will automatically collect data from the ACCPAC system and the data entered by the store-managers to compile the business-metrics.
4. ACCPAC software and InfoTrove's Business Intelligence metrics are built on Microsoft Windows and SQLServer database technology. Both systems are easy of use and reliable.
5. This system will be developed and implemented by InfoTrove Inc with active participation from WAC Consulting. InfoTrove will co-ordinate all the activities of this process.

INFOTROVE
Business Intelligence

## Dan's Management LLC: Foodcost, Accounting and Payroll systems



## Time and Cost

1. Less than 60 days from the start date. Details of the timeline to be discussed
2. Here is the estimated cost for the implementation

| Item | Dan's Management Cost |
|---|---|
| Dell Server | $2,550 |
| Windows 2003 Small Business Server | $1,500 |
| Hardware and Microsoft licences subtotal | $4,050 |
| AccPac Software licences | $20,440 |
| AccPac Annual Maintenance (@ 18%) *(Maintenance is mandatory for the 1st year)* | $3,679 |
| Tax-table subscription ($400 - $600/year) | $600 |
| AccPac licenses subtotal | $24,719 |
| AccPac implementation | |
| AccPac related customization to the SQLServer database and utilities: subtotal | $55,500 |
| Financial and Payroll BI subtotal | $26,000 |
| **Total AccPac, SQLServer customization and Financial BI** | **$110,269** |

| | |
|---|---|
| **Ongoing Maintenance** | |
| ACCPAC support from WAC Consulting<br>$150 / hour after that | 1 month free |
| SQLServer and BI support from InfoTrove<br>To be discussed | 1 month free |