JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**1. (a) PLAINTIFFS**

DAN'S MANAGEMENT COMPANY, LLC

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Providence
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

INFOTROVE, INC

CA 06 595

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Worcester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Lawrence P. McCarthy and Peter E. Garvey
HIGGINS CAVANAGH & COONEY, LLP
123 Dyer Street, Providence, RI 02903 (401) 272-3500

ATTORNEYS (IF KNOWN)

Raymond A. Marcaccio and Matthew T. Oliverio
OLIVERIO & MARCACCIO LLP
55 Dorrance St., Ste. 400, Providence, RI 02903 (401) 861-2900

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | X 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | X 5 |
| Citizen or Subject of a Foreign Country | | | Foreign Nation | | 6 |

**IV. NATURE OF SUIT *(PLACE AN "X" IN ONE BOX ONLY)***

**CONTRACT**
110 Insurance
120 Marine
130 Miller Act
140 Negotiable Instrument
150 Recovery of Overpayment & Enforcement of Judgment
151 Medicare Act
152 Recovery of Defaulted Student Loans (Excl. Veterans)
153 Recovery of Overpayment of Veteran's Benefits
160 Stockholders Suits
✓ 190 Other Contract
195 Contract Product Liability

**REAL PROPERTY**
210 Land Condemnation
220 Foreclosure
230 Rent Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All other Real Property

**TORTS**
PERSONAL INJURY
310 Airplane
315 Airplane Product Liability
320 Assault Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury

PERSONAL INJURY
362 Personal Injury - Med. Malpractice
365 Personal Injury - Product Liability
368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
370 Other Fraud
371 Truth In Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**CIVIL RIGHTS**
441 Voting
442 Employment
443 Housings Accommodations
444 Welfare
440 Other Civil Rights

**PRISONER PETITIONS**
510 Motions to Vacate Sentence
HABEAS CORPUS:
530 General
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

**FORFEITURE/PENALTY**
610 Agriculture
620 Other Food & Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 R.R. & Truck
650 Airline Regs.
660 Occupational Safety/Health
690 Other

**LABOR**
710 Fair Labor Standards Act
720 Labor/Mgmt Relations
730 Labor/Mgmt Reporting & Disclosure Act
740 Railway Labor Act
790 Other Labor Litigation
791 Empl Ret Inc. Security Act

**BANKRUPTCY**
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
820 Copyrights
830 Patent
840 Trademark

**SOCIAL SECURITY**
861 HIA (1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g))
864 SSID Title XVI
865 RSI (405(g))

**FEDERAL TAX SUITS**
870 Taxes (U.S. Plaintiff or Defendant)
871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
400 State Reapportionment
410 Antitrust
430 Banks and Banking
450 Commerce/ICC Rates/etc.
460 Deportation
470 Racketeer Influenced and Corrupt Organizations
810 Selective Service
850 Securities/Commodities/Exchange
875 Customer Challenge 12 USC 3410
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
895 Freedom of Information Act
900 Appeal of Fee Determination Under Equal Access to Justice
950 Constitutionality of State Statutes
890 Other Statutory Actions

**V. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

- 1 Original Proceeding
- X 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U. S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. Section 1441(a) and 28 U.S.C. Section 1332

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P 23

**DEMAND $**

CHECK YES only if demanded in Complaint
JURY DEMAND: ✓ YES NO

**VIII. RELATED CASE(S)** (See instructions): **IF ANY** JUDGE DOCKET NUMBER

DATE February 6, 2006

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE