**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO.** CA 06 59 S |
| **INFOTROVE, INC.** *Defendant* | : | |

**LOCAL RULE 36(b) STATEMENT**

Pursuant to Local Rule 36(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State Court records and proceedings, including a certified copy of the State Court docket entries, in the matter of *Dan's Management Company, LLV v. Infotrove, Inc.*, C.A. No. PC06-0008.

Defendant,
Infotrove, Inc.
By its Attorney,

Matthew T. Oliverio (RN)

Raymond A. Marcaccio, Esquire (#3569)
Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: February 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *Local Rule 36(b) Statement* was mailed, postage prepaid, to Lawrence P. McCarthy, Esquire and Peter E. Garvey, Esquire, HIGGINS CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, RI 02903 on the 6th day of February, 2006.