**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO. 06-59S** |
| **INFOTROVE, INC.** *Defendant* | : | |

## LOCAL RULE 36(b) STATEMENT

Pursuant to Local Rule 36(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State Court records and proceedings, including a certified copy of the State Court docket entries, in the matter of *Dan's Management Company, LLV v. Infotrove, Inc.*, C.A. No. PC06-0008.

Defendant,
Infotrove, Inc.
By its Attorney,

Matthew T. Oliverio (RM)

Raymond A. Marcaccio, Esquire (#3569)
Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: February 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *Local Rule 36(b) Statement* was mailed, postage prepaid, to Lawrence P. McCarthy, Esquire and Peter E. Garvey, Esquire, HIGGINS CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, RI 02903 on the 13th day of February, 2006.

Nadine Hendrickson

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0008 DAN'S MANAGEMENT COMPANY V INFOTROVE INC

Filing Date: 01-13-2006
Case Status: UNASSIGNED

Case Type: BREACH OF CONTRACT
Status Date: 01-13-2006

Plaintiff: DAN'S MANAGEMENT COMPANY
ID: @10708242

Attorney: LAWRENCE MCCARTHY
Attorney: PETER GARVEY

Defendant: INFOTROVE INC.
ID: @10708243

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-13-2006 | COMPLAINT FILED | |
| 01-13-2006 | INITIAL FILING FEE | |
| 01-13-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP218682. |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island