**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 09 2006
Property of U.S. District Court
District of Rhode Island

**DAN'S MANAGEMENT COMPANY, LLC**
***Plaintiff***

**VS.** **C.A. NO. 06-59S**

**INFOTROVE, INC.**
***Defendant***

**STIPULATION FOR AN ENLARGEMENT OF TIME**

The time within which Defendant, Infotrove, Inc., may answer or otherwise responsively plead to the Complaint in this matter is hereby extended up to and including March 3, 2006.

Lawrence P. McCarthy, Esquire (#2860)
Attorney for Plaintiff
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Raymond A. Marcaccio, Esquire (#3569)
Attorney for Defendant
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/13/06