UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 10 2006
Property of U.S. District Court
District of Rhode Island

DAN'S MANAGEMENT COMPANY, LLC
Plaintiff

VS.

INFOTROVE, INC.
Defendant

C.A. NO. ~~PC06-598~~ 06-59S.

## STIPULATION

By agreement of the parties, plaintiff, Dan's Management Company, LLC, shall have an additional thirty (30) days, or up to and including May 12, 2006 within which to file an answer or other responsive pleading to defendant's counterclaim.

For plaintiff,

Lawrence P. McCarthey, Esq., # 2860
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

For defendant,

Raymond A. Marcaccio, Esq., # 3569
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900

Dated: 4.10.06

Enter -
USDJ
4/12/06