**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO. 06-59S** |
| **INFOTROVE, INC.** *Defendant* | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters her appearance on behalf of the Defendant in the above-referenced matter.

Julie P. Hamil, Esq. #6887
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *ENTRY OF APPEARANCE* was mailed, postage prepaid, to Lawrence P. McCarthy, Esquire and Peter E. Garvey, Esquire, HIGGINS CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, RI 02903 on the 15th day of May, 2006.