**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC,** *Plaintiff* | : | |
| | : | **CA. NO. 06-59S** |
| **VS.** | : | |
| **INFOTROVE, INC.,** *Defendant* | : | |

**NOTICE OF INTENTION TO TAKE DEPOSITION**

To: WAC Consulting Inc.
367 West Main Street
Northboro, MA 01523

Kindly take notice that at ***2:00 p.m., on August 1, 2006***, at the offices of HIGGINS, CAVANAGH & COONEY, 123 Dyer Street, Providence, Rhode Island, the attorneys for the **plaintiff** will take the **deposition** of the ***Keeper of Records of WAC Consulting, Inc.***, for the purpose of discovery, or for use as evidence, or both, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths.

Plaintiff,
DAN'S MANAGEMENT COMPANY, LLC
By Its Attorneys,

Lawrence P. McCarthy, III, Esq.
Peter E. Garvey, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel.: (401) 272-3500
Fax: (401) 273-8780

# CERTIFICATION

I hereby certify that a true copy of the foregoing Motion has been mailed, postage prepaid, to Matthew T. Oliverio, Esquire and Raymond A. Marcaccio, Esquire, OLIVERIO & MARCACCIO, LLP, 55 Dorrance Street, Providence, RI 02903, on this 7th day of June, 2006.