**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC,** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO. 06-59S** |
| **INFOTROV, INC.,** *Defendant* | : | |

**MOTION FOR LEAVE TO PROPOUND INTERROGATORIES IN EXCESS OF TWENTY-FIVE (25)**

Now comes the Plaintiff, DAN'S MANAGEMENT COMPANY, LLC, and pursuant to Rule 33 of the Federal Rules moves this Honorable Court to grant it leave to propound interrogatories to the Defendant in excess of twenty-five (25). In support of such motion the Plaintiff submits the attached memorandum.

Plaintiff,
By Its Attorneys,

Lawrence P. McCarthy, III (#2860)
Peter E. Garvey (#5330)
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903

CERTIFICATION

I hereby certify that a true copy of the foregoing Motion has been mailed, postage prepaid, to Matthew T. Oliverio, Esquire and Raymond A. Marcaccio, Esquire, OLIVERIO & MARCACCIO, LLP, 55 Dorrance Street, Providence, RI 02903, on this 16 day of March, 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC,** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO. 06-59S** |
| **INFOTROV, INC.,** *Defendant* | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PROPOUND INTERROGATORIES IN EXCESS OF TWENTY-FIVE (25)**

The Plaintiff, Dan's Management Company, LLC, requests leave to propound interrogatories in excess of twenty-five (25) because of the wide breadth and complexity of the issues presented in this case. Rule 33 of the Federal Rules of Civil Procedure limits the amount of interrogatories that any party may serve upon another party to twenty-five (25). Rule 33 also provides, however, that the number of interrogatories may be extended, with leave of the Court or by stipulation of the parties. Courts evaluate requests for leave to propound a greater number of interrogatories on a case by case basis and will allow a party to propound additional interrogatories as long as the benefit to the requesting party outweighs the burden on the answering party. See 7-33 Moore's Federal Practice - Civil § 33.30.

In the case at bar, the Defendant's Counterclaim contains 107 paragraphs and 11 separate counts, including, but not limited to, breach of contract, tortuous interference with contract, copyright infringement and defamation. The subject matter of all the claims and counterclaims in this matter involve the development and installation of original and complex computer software systems, which took place over several years. A great deal of relevant communication, correspondence and negotiation took place during this process. Therefore, interrogatories in

excess of twenty-five (25), in the form attached hereto as Exhibit A, are needed to afford the Plaintiff adequate opportunity for discovery in this matter.

For these reasons the Plaintiffs requests that the Court grant its motion to propound interrogatories in excess of twenty-five (25).

Plaintiff,
By Its Attorneys,

Lawrence P. McCarthy, III (#2860)
Peter E. Garvey (#5330)
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903

CERTIFICATION

I hereby certify that a true copy of the foregoing Memorandum has been mailed, postage prepaid, to Matthew T. Oliverio, Esquire and Raymond A. Marcaccio, Esquire, OLIVERIO & MARCACCIO, LLP, 55 Dorrance Street, Providence, RI 02903, on this 16 day of March, 2006.