**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO. 06-59S** |
| **INFOTROVE, INC.** *Defendant* | : | |

**DEFENDANT'S OBJECTION TO MOTION FOR LEAVE TO PROPOUND INTERROGATORIES IN EXCESS OF TWENTY-FIVE**

Now comes the Defendant/Counterclaim Plaintiff, Infotrove, Inc., and hereby objects to the motion of Plaintiff/Counterclaim Defendant, Dan's Management Company, LLC, to propound interrogatories in excess of twenty-five (25). In support of said objection, Infotrove relies upon the attached memorandum.

Defendant,
Infotrove, Inc.
By its Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: June 23, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *DEFENDANT'S OBJECTION TO MOTION FOR LEAVE TO PROPOUND INTERROGATORIES IN EXCESS OF TWENTY-FIVE* was mailed, postage prepaid, to Lawrence P. McCarthy, Esquire and Peter E. Garvey, Esquire, HIGGINS CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, RI 02903 on the 23rd day of June, 2006.

Nadine Hendrickson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO. 06-59S** |
| **INFOTROVE, INC.** *Defendant* | : | |

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO PROPOUND INTERROGATORIES IN EXCESS OF TWENTY-FIVE**

Defendant/Counterclaim Plaintiff, Infotrove, Inc. ("Infotrove"), submits this memorandum in opposition to the motion of Plaintiff/Counterclaim Defendant, Dan's Management Company, LLC ("Dan's Management"), to file in excess of twenty-five (25) interrogatories.

The Federal Rules of Civil Procedure permit a party to serve upon any other party written interrogatories "not exceeding twenty-five in number including all discrete subparts..." Fed. R. Civ. P. Rule 33(a). "The aim [of the twenty-five interrogatory limit] is not to prevent needed discovery, but to provide judicial scrutiny before parties make potentially excessive use of this discovery device." Advisory Committee Notes, Rule 33 (1993 Amendments). Further, "because Rule 26(a)(1) to (3) requires disclosure of much of the information previously obtained by this form of discovery, there should be less occasion to use it." *Id.* Further, the moving party must demonstrate a particularized need for more than twenty-five interrogatories. *Id*, *see also, Duncan v. Paragon Pub., Inc.*, 204 F.R.D. 127 (D. Ind. 2001); *Capacchione v. Charlotte-Mecklenburg Schools*, 182 F.R.D. 486 (D. N.C. 1998).

Dan's Management's states that Infotrove's counterclaim contains 107 paragraphs and 11 separate counts. However, Dan's Management must concede that there are no more than 50 factual assertions contained in the counterclaim. Each of the 11 counts relies upon those same factual allegations. Further, five of those factual assertions have been admitted as true by Dan's Management. It is unwarranted to permit Dan's Management to propound 68 interrogatories for approximately 46 factual assertions that are contained in the counterclaim. As Dan's Management concedes in its own motion, "the subject matter of all the claims and counterclaims in this matter involve the development and installation of original and complex computer software systems, which took place over several years." Stated another way, this dispute *only* involves one factual dispute, namely, whether or not Infotrove provided Dan's Management with the software system that it agreed to produce. Twenty-five interrogatories should be more than sufficient to discover any and all relevant information in this case.

For the reasons set forth above, Infotrove asks that this Honorable Court deny Dan's Management's motion to exceed twenty-five interrogatories.

Defendant,
Infotrove, Inc.
By its Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: June 23, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *DEFENDANT'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO PROPOUND INTERROGATORIES IN EXCESS OF TWENTY-FIVE* was mailed, postage prepaid, to Lawrence P. McCarthy, Esquire and Peter E. Garvey, Esquire, HIGGINS CAVANAGH & COONEY, LLP, 123 Dyer Street, Providence, RI 02903 on the 23rd day of June, 2006.

[signature]