UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 22 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| DAN'S MANAGEMENT COMPANY, LLC<br>Plaintiff | : | |
| VS. | : | C.A. NO. PC06-59S |
| INFOTROVE, INC.<br>Defendant | : | |

**STIPULATION**

By agreement of the parties, plaintiff may file its first amended complaint which adds Count VI for Breach of Implied Warranties of Merchantability and Count VII for Breach of Implied Warranties of Fitness for Particular Purpose.

For plaintiff,

Peter E. Garvey, Esq., #5330
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06

For defendant,

Raymond A. Marcaccio, Esq., #3569
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900

Dated: 6/6/06