UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 22 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| DAN'S MANAGEMENT COMPANY, LLC Plaintiff | : | |
| VS. | : | C.A. NO. PC06-59S |
| | : | CA 06-59S |
| INFOTROVE, INC. Defendant | : | |

**STIPULATION**

By agreement of the parties, plaintiff, Dan's Management Company, LLC, shall have an additional three weeks, or up to and including July 5, 2006 within which to file an answers and/or objections to defendant's first set of interrogatories.

For plaintiff,

Lawrence P. McCarthey, Esq., # 2860
Peter E. Garvey, Esq., #5330
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
(401) 272-3500

For defendant,

Raymond A. Marcaccio, Esq., # 3569
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900

Dated: 6-21-06

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 6/22/06