6/21 attached

FILED
JUN 16 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAN'S MANAGEMENT COMPANY, LLC,
*Plaintiff*

VS.

INFOTROV, INC.,
*Defendant*

C.A. NO. 06-59S

RECEIVED
JUN 26 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION FOR LEAVE TO PROPOUND INTERROGATORIES IN EXCESS OF TWENTY-FIVE (25)**

Now comes the Plaintiff, DAN'S MANAGEMENT COMPANY, LLC, and pursuant to Rule 33 of the Federal Rules moves this Honorable Court to grant it leave to propound interrogatories to the Defendant in excess of twenty-five (25). In support of such motion the Plaintiff submits the attached memorandum.

Plaintiff,
By Its Attorneys,

Lawrence P. McCarthy, III (#2860)
Peter E. Garvey (#5330)
HIGGINS, CAVANAGH & COONEY
The Hay Building
123 Dyer Street
Providence, RI 02903

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☒ for determination
☐ ______
William E. Smith, District Judge
Date: 6/23/06

CERTIFICATION

I hereby certify that a true copy of the foregoing Motion has been mailed, postage prepaid, to Matthew T. Oliverio, Esquire and Raymond A. Marcaccio, Esquire, OLIVERIO & MARCACCIO, LLP, 55 Dorrance Street, Providence, RI 02903, on this 16 day of March, 2006.

GRANTED to the extent that Plaintiff may propound 41 interrogatories. See Letter from Plaintiff's counsel to Deputy Clerk of 7/6/06.

David L. Martin
United States Magistrate Judge
July 6, 2006