**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAN'S MANAGEMENT COMPANY, LLC** *Plaintiff* | : | |
| **VS.** | : | **C.A. NO. 06-59S** |
| **INFOTROVE, INC.** *Defendant* | : | |

**DISMISSAL STIPULATION**

Now come the parties in the above-referenced case and hereby stipulate to the dismissal with prejudice of any and all claims between and among the parties; no costs, fees or interest.

/s/ Lawrence P. McCarthy
/s/ Peter E. Garvey
Lawrence P. McCarthy, Esquire (#2860)
Peter E. Garvey, Esquire (#5330)
Attorneys for Plaintiff
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street, 4th Floor
Providence, RI 02903
(401) 272-3500
(401) 273-8780 Fax

/s/ Raymond A. Marcaccio
Raymond A. Marcaccio, Esquire (#3569)
Attorney for Defendant
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com